# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD B. SIEGEL** | : | **CIVIL ACTION NO. 1:CV-03-549** |
| **Plaintiff** | : | |
| v. | : | (Judge Kane) |
| **ABBOTTSTOWN BOROUGH, et al.** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 13th day of June, 2003, **IT IS ORDERED THAT** Defendants' Motion to Dismiss Complaint (Doc. No. 5) filed on April 21, 2003, is **DENIED** as **MOOT,** in light of Plaintiff's Amended Complaint (Doc. 9), which was filed on May 20, 2003.

           s/ Yvette Kane
           Yvette Kane
           United States District Judge