IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD B. SIEGEL, | : | NO. 1: CV 03-549 |
| | : | |
| Plaintiff, | : | |
| vs. | : | MAGISTRATE JUDGE SMYSER |
| | : | |
| ABBOTTSTOWN BOROUGH and | : | |
| HAMILTON TOWNSHIP, | : | |
| Defendants. | : | JURY TRIAL REQUESTED |

**ORDER**

AND NOW, this  12th  day of  April , 2004, upon consideration of joint motion to stay Plaintiff's motion for partial summary judgment, it is hereby ORDERED and DECREED that Plaintiff's motion for partial summary judgment is stayed pending the settlement conference scheduled with the parties on April 26, 2004. Should settlement not be reached at said conference, Plaintiff shall have ten (10) days from that date to file his brief in support of the motion for partial summary judgment.

                BY THE COURT,

                /s/ J. Andrew Smyser
                J. Andrew Smyser
                United States Magistrate Judge