UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD B. SIEGEL, | : | CIVIL NO. **1:03-CV-0549** |
| | : | |
| Plaintiff | : | (Magistrate Judge Smyser) |
| | : | |
| v. | : | |
| | : | |
| ABBOTTSTOWN BOROUGH, | : | |
| HAMILTON TOWNSHIP, | : | |
| ABBOTTSTOWN-HAMILTON JOINT | : | |
| POLICE DEPARTMENT, | : | |
| CHARLES STONESIFER, | : | |
| MICHAEL ZEPP, | : | |
| DOUG MILLER, | : | |
| TERRY RODGERS, | : | |
| MARK LIPPY, | : | |
| STEVE SAUTER, | : | |
| BECKY FENGFISH, | : | |
| DALE REICHART, | : | |
| KERRY MARKOSIAN, | : | |
| PETER HOBBS and | : | |
| TODD DUNLAP, | : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
APR 28 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

By telephone conference of April 27, 2004, counsel have advised the court that this case has settled. **THEREFORE, IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the parties find the need to

do so.  **IT IS FURTHER ORDERED** that the pretrial conference set for 9:00 a.m., on July 15, 2004, and the trial set for September 7, 2004 are **CANCELLED**.

>                    /s/ *J. Andrew Smyser*
>                       J. Andrew Smyser
>                       Magistrate Judge

Dated:  April 27, 2004.